**LAW OFFICES OF MICHAEL J. GALLUZZI**
274 WHITE PLAINS ROAD, SUITE 6
EASTCHESTER, N.Y. 10709
(914) 961-1263
FACSIMILE: (888) 336-4813

**MEMO ENDORSED**

August 7, 2024

By ECF Filing
U.S. Magistrate Judge Victoria Reznik
United States District Court, SDNY
300 Quarropas Street, Room 420
White Plains, NY 10601

Request is GRANTED. Conference is scheduled for 9/10/24 at 10:30 am.
SO ORDERED.
Hon. Victoria Reznik, U.S.M.J.
August 7, 2024

### REQUEST TO ADVANCE CONFERENCE DATE

Re: *Stephanie Stowe v. Target Corporation*
Case No.: 7:24-cv-05433-VR
Our file No.4282

Dear Judge Reznik:

I represent Stephanie Stowe in an action that was recently assigned to you. An Initial Case Management Conference has been scheduled for September 18, 2024, by telephone. Unfortunately, I am going to be out of the country on that date. I do not want to delay matters but would like to participate in this conference.

My associate counsel Kelly Murtha spoke with Courtroom Deputy Brigid Altimari earlier and learned that you would be available to do the conference on Tuesday, September 10, 2024, at the same time: 10:30am. Defendant's counsel Allison C. Leibowitz, Esq., is also available on September 10th and has consented to my request.

Thank you for your consideration of this request to advance the Initial Case Management Conference to September 10, 2024.

Very truly yours,

Michael J. Galluzzi, Esq.